**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Tinnus Enterprises, LLC   v.   Telebrands Corporation

No. 17-1726

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☑ As counsel for:   Tinnus Enterprises, LLC and ZURU Ltd.
                                              Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant
☑ Appellant     ☐ Appellee      ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | David Ludwig |
| Law firm: | Dunlap Bennett & Ludwig PLLC |
| Address: | 211 Church Street, SE |
| City, State and ZIP: | Leesburg, VA 20175 |
| Telephone: | (703) 777-7319 |
| Fax #: | (703) 777-3656 |
| E-mail address: | dludwig@dbllawyers.com |

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☑ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 6/17/2011

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes    ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| 3/16/2017 | /s/ David Ludwig |
| Date | Signature of pro se or counsel |

cc: All counsel of record

# **CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2017, I electronically filed a copy of this ENTRY OF APPEARANCE with the Clerk of Court using the Court's Case Management/Electronic Case Filing ("CM/ECF") System, which will send a notification of electronic filing (NEF) to all counsel of record who are registered CM/ECF users.

I further certify that one original of this ENTRY OF APPEARANCE is being served to the following counsel of record on March 16, 2017 via email and U.S. mail, postage prepaid:

> Robert T. Maldonado
> Tonia A. Sayour
> Elana Araj
> Cooper & Dunham LLP
> 30 Rockefeller Plaza
> New York, NY 10112
>
> Eric J. Maurer
> Boies, Schiller & Flexner LLP
> 5301 Wisconsin Avenue, NW
> Washington, DC 20015

Dated: March 16, 2017
                        */s/ David Ludwig*
                        David Ludwig
                        Dunlap Bennett & Ludwig PLLC
                        211 Church Street SE
                        Leesburg, VA 20175
                        Telephone: (703) 777-7319
                        Facsimile: (703) 777-3656