THE UNITED STATES COURT OF
APPEALS FOR THE FEDERAL CIRCUIT

| | | |
|---|---|---|
| TINNUS ENTERPRISES, LLC and ZURU, LTD., Patent Owner-Appellants | ) ) ) ) | No. 17-1726 |
| v. | ) ) | |
| TELEBRANDS CORP., Petitioner-Appellee | ) ) ) | |

### APPELLANTS' UNOPPOSED MOTION TO
### REVISE THE CASE CAPTION

Pursuant to Rule 27 of the Rules of the Federal Circuit and Federal Rules of Appellate Procedure, Appellants respectfully request that the case caption be modified to remove Appellant ZURU Ltd. ("ZURU") as a party to this appeal. In the Notice of Appeal filed in this action, ZURU was inadvertently identified as a party rather than its status as a real party in interest. (Doc. 1-2.) A separate Certificate of Interest was inadvertently filed for ZURU rather than identifying ZURU as a real party in interest in Tinnus Enterprises, LLC's ("Tinnus") certificate. (Doc. 14.) ZURU, as exclusive licensee, is a real party in interest to the post-grant review proceeding that is the subject of this appeal. Tinnus should be listed as the only appellant in the case caption. Upon modification of the case caption, Tinnus will file an Amended Certificate of Interest to identify ZURU as a

1

real party in interest.  Counsel for Tinnus contacted the case manager for this appeal and was instructed to proceed in this way.

Counsel for Appellants has consulted with counsel for Appellee, who indicated that it will not oppose this motion.  Accordingly, Appellants respectfully request that the case caption be revised to remove ZURU as a party.

Dated June 13, 2017

                Respectfully submitted,

                /s/ *Thomas M. Dunlap*
                Thomas M. Dunlap
                DUNLAP BENNETT & LUDWIG PLLC
                211 Church Street, SE
                Leesburg, Virginia 20175
                T: (703) 777-7319
                F: (703) 777-3656
                tdunlap@dbllawyers.com

                *Attorneys for Appellants Tinnus Enterprises, LLC and ZURU Ltd.*

## **CERTIFICATE OF INTEREST**

Counsel for Tinnus Enterprises, LLC certifies that

1. The full name of the party represented is: TINNUS ENTERPRISES, LLC.

2. The names of the real parties in interest represented are: TINNUS ENTERPRISES, LLC.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock in the party represented are: NONE

4. The names of all law firms and the partners and associates that have appeared for the party in the lower tribunal or are expected to appear for the party in this Court and who are not already listed on the docket for the current case are:

**DUNLAP BENNETT & LUDWIG**:
Garet K. Galster,
Melissa S. Hockersmith
Brendan E. Squire

# **CERTIFICATE OF INTEREST**

Counsel for ZURU LTD. certifies that

1. The full name of the party represented is: ZURU LTD.

2. The names of the real parties in interest represented are: ZURU LTD.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock in the party represented are: NONE

4. The names of all law firms and the partners and associates that have appeared for the party in the lower tribunal or are expected to appear for the party in this Court and who are not already listed on the docket for the current case are:

**DUNLAP BENNETT & LUDWIG**:
Garet K. Galster,
Melissa S. Hockersmith
Brendan E. Squire

Dated: June 13, 2017               Respectfully submitted,

/s/ *Thomas M/ Dunlap*
Thomas M. Dunlap
DUNLAP BENNETT & LUDWIG PLLC
211 Church Street, SE
Leesburg, Virginia 20175
T: (703) 777-7319
F: (703) 777-3656
tdunlap@dbllawyers.com

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2017, I electronically filed a copy of this APPELLANTS' UNOPPOSED MOTION TO REVISE THE CASE CAPTION with the Clerk of Court using the Court's Case Management/Electronic Case Filing ("CM/ECF") System, which will send a notification of electronic filing (NEF) to all counsel of record who are registered CM/ECF users, including counsel of record for the Appellee.

I further certify that one original of this APPELLANTS' UNOPPOSED MOTION TO REVISE THE CASE CAPTION is being served via U.S. Mail on the following counsel of record on June 13, 2017:

> Robert T. Maldonado
> Tonia A. Sayour
> Elana Araj
> Cooper & Dunham LLP
> 30 Rockefeller Plaza
> New York, NY 10112

Dated June 13, 2017               /s/ *Thomas M. Dunlap*
                                      Thomas M. Dunlap