NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TINNUS ENTERPRISES, LLC,**
*Appellant*

v.

**TELEBRANDS CORPORATION,**
*Appellee*

---

2017-1726

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. PGR2015-00018.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Tinnus Enterprises, LLC's unopposed motion to remove ZURU Ltd. from the caption,

IT IS ORDERED THAT:

(1) The motion is granted. The revised official caption is reflected above.

(2) Tinnus Enterprises' amended certificate of interest is due within seven days of the date of this order.

2         TINNUS ENTERPRISES, LLC v. TELEBRANDS CORPORATION

                                                      FOR THE COURT

                                                      <u>/s/ Peter R. Marksteiner</u>
                                                      Peter R. Marksteiner
                                                      Clerk of Court

s26