NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TINNUS ENTERPRISES, LLC,**
*Appellant*

v.

**TELEBRANDS CORPORATION,**
*Appellee*

**JOSEPH MATAL, Performing the Functions & Duties of Director of the US Patent & Trademark Ofc,**
*Intervenor*

---

2017-1726

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. PGR2015-00018.

---

**ON MOTION**

---

Before BRYSON, *Circuit Judge.*

**O R D E R**

The United States Patent and Trademark Office ("PTO") informs the court that it exercises the right under 35 U.S.C. § 143 to intervene in this appeal. The court treats this filing as a motion for leave to file the notice of intervention out of time. *See* Fed. R. App. P. 15(d).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The PTO is an Intervenor in this appeal, and the revised official caption is reflected above.

(2) The PTO's brief is due no later than August 29, 2017.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s25